Filed 7/29/14  P. v. Sanders CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE, | D064934 |
| Plaintiff and Respondent, | |
| v. | (Super. Ct. No. SCD2500067) |
| ERIC JAMES SANDERS, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of San Diego County, Laura W. Halgren, Judge.  Affirmed.

Jill M. Klein, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

Eric James Sanders entered a negotiated guilty plea to possessing heroin (Health & Saf. Code, § 11350, subd. (a)).  The court imposed a stipulated 16-month lower term sentence, to be served in local custody.  Sanders appeals.  We affirm.

## BACKGROUND

Sanders possessed a usable amount of heroin for personal use.

## DISCUSSION

Appointed appellate counsel has filed a brief summarizing the facts and proceedings below. Counsel presents no argument for reversal, but asks this court to review the record for error as mandated by *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*). Pursuant to *Anders v. California* (1967) 386 U.S. 738 (*Anders*) counsel mentions as a possible, but not arguable, issue whether Sanders was sentenced in accordance with the plea agreement.

We granted Sanders permission to file a brief on his own behalf. He has not responded. A review of the record pursuant to *Wende, supra*, 25 Cal.3d 436 and *Anders, supra*, 386 U.S. 738 including the possible issue listed pursuant to *Anders*, has disclosed no reasonably arguable appellate issues. Sanders has been competently represented by counsel on this appeal.

## DISPOSITION

The judgment is affirmed.

HALLER, Acting P. J.

WE CONCUR:

O'ROURKE, J.

AARON, J.

3